# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ANDREY KUNITSKIY,

      Plaintiff,

  v.                          Case No. 2:15-cv-934
                                JUDGE GREGORY L. FROST
                                Magistrate Judge Terence P. Kemp

GREENFORCE USA, LLC, et al.,

      Defendants.

## ORDER

On August 6, 2015, this matter came before the Court for an in-court hearing on Plaintiff's motion for default judgment. (ECF No. 10.) Previously, the Clerk filed an entry of default against Defendants Greenforce USA, LLC and William Bateman on July 13, 2015. (ECF No. 9.)

At the hearing, Plaintiff's counsel elicited testimony from Plaintiff regrading his work and pay history. Plaintiff introduced nine exhibits to support his claimed damages. Defendants did not appear for the hearing.

Based upon the testimony and evidence introduced, the Court **GRANTS** the motion for default judgment and enters the default judgment against Defendants Greenforce USA, LLC and William Bateman in the amount of $60,486.32. The Court also **GRANTS** Plaintiff's request for briefing on the issue of attorney's fees and costs and **ORDERS** that Plaintiff shall file a motion for attorney's fees and costs and all supporting documentation on or before August 27, 2015.

    **IT IS SO ORDERED.**

                                               /s/ Gregory L. Frost
                                           GREGORY L. FROST
                                           UNITED STATES DISTRICT JUDGE