# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDREY KUNITSKIY,**

    **Plaintiff,**

    v.                                    Case No. 2:15-cv-934
                                         JUDGE GREGORY L. FROST
                                         Magistrate Judge Terence P. Kemp

**GREENFORCE USA, LLC, et al.,**

    **Defendants.**

## ORDER

On January 19, 2016, Plaintiff filed a motion for attorney fees.  (ECF No. 21.)  The Court **ORDERS** that the parties shall adhere to the following expedited briefing schedule on this motion:

    (1) Defendants shall file any responses on or before January 26, 2016.

    (2) Plaintiffs shall file a reply memorandum on or before January 29, 2016.

    (3) The motion shall come on for a non-oral hearing on February 1, 2016.

**IT IS SO ORDERED**.

                                                       /s/ Gregory L. Frost
                                                GREGORY L. FROST
                                                UNITED STATES DISTRICT JUDGE