**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ANDREY KUNITSKIY,**

    **Plaintiff,**

    v.                                     Case No. 2:15-cv-934
                                                        JUDGE GREGORY L. FROST
                                                        Magistrate Judge Terence P. Kemp

**GREENFORCE USA, LLC, et al.,**

    **Defendants.**

## ORDER

On August 6, 2015, this the Court filed an Order in which it granted a motion for default judgment against Defendants Greenforce USA, LLC and William Bateman in the amount of $60,486.32 and granted Plaintiff's request to set a briefing schedule on the issue of attorney's fees and costs. (ECF No. 16.)  That Order specifically provided that "Plaintiff shall file a motion for attorney's fees and costs and all supporting documentation on or before August 27, 2015." (*Id.* at page ID # 126.)  Plaintiff did not file his motion for attorney's fees and costs until January 19, 2016, well after the deadline. (ECF No. 21.)  Accordingly, the Court **DENIES** the untimely motion for attorney's fees and costs. (ECF No. 21.)

    **IT IS SO ORDERED.**

                                                        /s/ Gregory L. Frost
                                                        GREGORY L. FROST
                                                        UNITED STATES DISTRICT JUDGE